UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MARCO ANTONIO AGUIRRE-DIAZ,<br><br>             Defendant. | No. CR-12-6002-EFS<br><br>**ORDER GRANTING THE USAO's MOTION FOR ORDER DISMISSING INDICTMENT** |

Before the Court is the U.S. Attorney's Office's (USAO) Motion for Order Dismissing Indictment, ECF No. 30, with prejudice.  Leave of Court is given to dismiss the Indictment, ECF No. 14; however, the Court makes no judgment as to the merit or wisdom of this dismissal.  Accordingly,

**IT IS HEREBY ORDERED:**

    1.   The USAO's Motion for Order Dismissing Indictment, **ECF No. 30**, is **GRANTED.**

    2.   The Indictment, **ECF No. 14**, is **DISMISSED WITH PREJUDICE.**

    3.   All pending motions are **DENIED AS MOOT.**

    4.   Defendant is **RELEASED** from U.S. Marshal custody.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

DATED this   24th   day of February 2012.


                                s/Edward F. Shea
                              EDWARD F. SHEA
                    United States District Judge

ORDER - 1